

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00626-CV

RANDY LEE DAVENPORT, Appellant      §      On Appeal from the 324th District Court

v.                                  §      of Tarrant County (324-774571-25)

                                    §      January 8, 2026

AMIE DAVENPORT, Appellee            §      Per Curiam Memorandum Opinion

**JUDGMENT**

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM